Carlton FORD, Plaintiff–Counter–Defendant–Appellant,

v.

FOURTH LENOX TERRACE APARTMENT, Hampton Management, Jennifer Fillipelli, Olnick Organization, Defendants–Counter–Claimants–Appellees.

No. 11–3242–cv.

United States Court of Appeals, Second Circuit.

Nov. 20, 2013.

---

**68**

Carlton Ford, Bronx, NY, pro se.

Jeffrey Steinitz, Forrest Hills, NY, for Defendants–Counter–Claimants–Appellees.

PRESENT: ROSEMARY S. POOLER, REENA RAGGI, RICHARD C. WESLEY, Circuit Judges.

### SUMMARY ORDER

Carlton Ford, *pro se,* appeals from the district court's grant of summary judgment to defendants-counter-claimants-appellees, dismissing his claims brought pursuant to the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.* We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review orders granting summary judgment *de novo. Miller v. Wolpoff & Abramson, LLP,* 321 F.3d 292, 300 (2d Cir.2003). We are required to resolve all ambiguities and draw all inferences in favor of the nonmovant; the inferences to be drawn from the underlying facts revealed in materials such as affidavits, exhibits, interrogatory answers, and depositions must be viewed in the light most favorable to the nonmoving party. *Nationwide Life Ins. Co. v. Bankers Leasing Assoc.,* 182 F.3d 157, 160 (2d Cir.1999). Summary judgment is only appropriate "[w]here the record taken as a whole could not lead a rational trier of fact to find for the non-moving party." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574, 587, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986).

Here, an independent review of the record and relevant case law reveals that the district court properly granted summary judgment. We affirm for substantially the same reasons stated by the district court in its thorough July 18, 2011 decision.

We have considered all of Ford's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.